UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL FRANCO,

         Plaintiff,

    v.

UNITED STATES OF AMERICA,

         Defendant.

Case No.  14-cv-00479-VC

**ORDER**

      The parties are directed to submit jointly, by **May 16, 2014**, a proposed order setting a schedule for this case that would ensure the case is trial ready by March 2015.  In addition, a Case Management Conference will be held on **July 11, 2014** at **10:30 a.m.** in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

      **IT IS SO ORDERED.**

Dated: May 8, 2014

_____

VINCE CHHABRIA
United States District Judge