UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL FRANCO,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  14-cv-00479-VC

**SCHEDULING ORDER**

      The Court adopts the following case management schedule proposed by the parties in their joint proposed case management order (Docket No. 23):

      TRIAL DATE: Monday, March 30, 2015 at 8:30 a.m. in Courtroom 4, 17th Floor

      TRIAL LENGTH: No more than 7 days.

      PRETRIAL CONFERENCE: March 13, 2015 at 10:30 a.m.

      DISPOSITIVE MOTIONS TO BE HEARD BY: January 22, 2015

      FACT DISCOVERY DEADLINE: September 20, 2014

      DISCLOSURE OF EXPERTS (retained and non-retained): October 6, 2014

      DISCLOSURE OF REBUTTAL EXPERTS: October 27, 2014

      EXPERT DISCOVERY CUTOFF: November 24, 2014

      LAST DAY TO AMEND PLEADINGS: No later than 90 days before the close of fact discovery, a motion or a stipulation must be filed so that sufficient time remains to conduct discovery on added claims or parties. Doe defendants must be identified in the motion or stipulation or they will be dismissed.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California