UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL FRANCO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 14-cv-00479-VC

**ORDER OF DISMISSAL**

The parties have notified the Court that they have agreed to settle this case. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot. The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED**.

Dated: November 21, 2014

---

VINCE CHHABRIA
United States District Judge