MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-6967
    Fax: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL FRANCO,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Docket No. C14-0479 VC<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

    THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

FOLLOWING STIPULATION:

    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Samuel Franco and defendant

United States of America hereby stipulate to dismiss with prejudice the above-captioned action,

including all claims that were asserted therein.  Each party will bear its own costs and attorney's

fees.

IT IS SO STIPULATED.

DATED: _/0 - 2/- / 4_         _____
                            SAMUEL FRANCO
                            Plaintiff

1    DATED: ( o/ɔ- ) ι Ч

2                                                STEVEN O. TEAL
                                                TEAL MONTGOMERY & HENDERSON
3                                               Attorney for Plaintiff

4    DATED: 1/ 27/15

5                                               JENNIFER S WANG
                                                Assistant United States Attorney
6                                               Attorney for Defendant

7                          [~~PROPOSED~~] ORDER

8          The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with

9    prejudice.

10

11   IT IS SO ORDERED.

12   Dated: January 28, 2015

13                                              HON. VINCE CHHABRIA
                                                United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28